| DONNA BROWN | * | NO. 2019-C-0447 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| RALPH CHESSON, M.D. | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**LOMBARD, J., DISSENTED FOR THE REASONS ASSIGNED BY JUDGE LOVE**